```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MSP RECOVERY CLAIMS, SERIES LLC, a
Delaware series limited liability
company, MSPA CLAIMS I, LLC, a Florida
limited liability company, and SERIES
PMPI, a designated series of MAO-MSO
RECOVERY II, LLC, a Delaware series
limited liability company,

                Plaintiffs,
                                                    O R D E R
          - against -
                                                 19 Civ. 05610 (NRB)
TAKEDA PHARMACEUTICALS AMERICA, INC., a
Delaware profit corporation, TAKEDA
PHARMACEUTICALS U.S.A., INC., f/k/a
TAKEDA PHARMACEUTICALS NORTH AMERICA,
INC., a Delaware profit corporation,
TAKEDA DEVELOPMENT CENTER AMERICAS,
INC., f/k/a TAKEDA GLOBAL RESEARCH &
DEVELOPMENT CENTER, INC., a Delaware
profit corporation, TAKEDA
PHARMACEUTICALS INTERNATIONAL, INC., a
Delaware profit corporation, TAKEDA
PHARMACEUTICAL COMPANY LIMITED, a
Japanese corporation, and ELI LILLY &
COMPANY, an Indiana profit corporation,

                Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Given plaintiffs' pending motion to amend their second amended complaint to add a claim under the Racketeer Influenced and Corrupt Organizations Act, and the motion to dismiss that defendants intend on filing after the Court resolves plaintiffs'

1

pending motion to amend, the Court denies plaintiffs' June 3, 2020 request for the Court to enter a scheduling order.

Dated:    New York, New York
          June 4, 2020

                                              _____
                                                  NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE